| | |
|---|---|
| **No. 22-1208** | **September Term, 2025** |
| | EPA-HQ-OPPT-2021-0897 |
| | **Filed On:** January 21, 2026 |

National Foam, Inc.,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

    **BEFORE:** Millett, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to continue abeyance, the response thereto, and the corrected reply; and the motion to dismiss, the corrected response thereto, and the reply, it is

**ORDERED** the motion to continue abeyance be granted and that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings by December 31, 2029. It is

**FURTHER ORDERED** that consideration of the motion to dismiss be deferred pending further order of the court.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk