**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA**

NATIONAL FOAM, INC.,                     )
                                         )
            Petitioner,                  )
                                         )
v.                                       )        Case No. 22-1208
                                         )
THE UNITED STATES ENVIRONMENTAL          )
PROTECTION AGENCY,                       )
                                         )
            Respondent.                  )
_____ )

**UNOPPOSED MOTION FOR EXTENSION TO ACCOMMODATE
ONGOING MEDIATION AND SETTLEMENT DISCUSSIONS**

Pursuant to Fed. R. App. P. 27 and Circuit Rule 28(e), Petitioner National Foam, Inc. ("National Foam") respectfully requests a 30-day extension of each deadline set forth in the Court's Order dated March 10, 2023 (Doc. #1989709) ("Second Scheduling Order"). Petitioner has consulted with counsel for Respondent, United States Environmental Protection Agency ("EPA"), who concurs in this request. The mediators also concur in this request.

In support of this motion, Petitioner states as follows:

1.    On August 15, 2022, Petitioner filed its petition for review. (Doc. #159526).

2.      On September 20, 2022, the Circuit Mediator notified the parties that the case was being included in the D.C. Circuit's mediation program.

3.      On September 23, 2022, the parties filed a "Joint Motion for Extension of Deadlines to Accommodate Pending Mediation." Doc. #1965929. The Court granted the joint motion on September 2, 2022 and extended the deadline for the certified index and dispositive motions until December 2, 2022. Doc. #1966479. ("First Scheduling Order").

4.      *Sua sponte*, the Court issued its Second Scheduling Order on March 10, 2023.

5.      Since issuance of the First Scheduling Order and continuing to this day, the parties have been engaged in mediation discussions. Those discussions are ongoing and have yielded a settlement proposal under consideration by both parties.

6.      Granting this Unopposed Motion for Extension would allow the parties to focus their efforts on resolving their dispute via settlement. Settlement, in turn, would conserve the Court's resources.

7.      If granted, the extension would move the Scheduling Order deadlines as reflected in the following chart. For any new deadline that would otherwise have fallen on a weekend or holiday, Petitioner has calculated the proposed new deadline as the following business day.

| Required Filing | Deadline in Scheduling Order | Proposed New Deadline |
|---|---|---|
| Petitioner's Brief | April 19, 2023 | May 19, 2023 |
| Respondent's Brief | May 18, 2023 | June 20, 2023 |
| Petitioner's Reply Brief | June 8, 2023 | July 10, 2023 |
| Deferred Appendix | June 15, 2023 | July 17, 2023 |
| Final Briefs | June 29, 2023 | July 31, 2023 |

WHEREFORE, National Foam respectfully requests that the Court enter an order extending the current deadlines by 30 days, as reflected in the chart in Paragraph 6. In accordance with Circuit Rule 28(e), National Foam is submitting this unopposed request seven (7) days in advance of the next scheduled deadline of April 19, 2023.

Dated: April 12, 2023                Respectfully submitted,

/s/Bernadette Rappold
Steven G. Barringer
Bernadette M. Rappold
Greenberg Traurig LLP
2021 L Street, NW
Suite 1000
Washington, DC 20037
Phone: (202) 331-3127
Email: barringers@gtlaw.com
Email: rappoldb@gtlaw.com

Counsel for National Foam, Inc.

3

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing Unopposed Motion complies with: (1) the requirements of Fed. R. App. P. 27(d)(2) because, according to the word count function in Microsoft Word, it contains 397 words, well under the 5,200-word limit; and (2) the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document was prepared in proportionally-spaced, 14 point Times New Roman font.


Dated: April 12, 2023                    /s/Bernadette Rappold
                                         Steven G. Barringer
                                         Bernadette M. Rappold
                                         Greenberg Traurig LLP
                                         2021 L Street, NW
                                         Suite 1000
                                         Washington, DC 20037
                                         Phone: (202) 331-3127
                                         Email: barringers@gtlaw.com
                                         Email: rappoldb@gtlaw.com

                                         Counsel for National Foam, Inc.

# **CERTIFICATE OF PARTIES**

Pursuant to D.C. Circuit Rules 27(a)(4) and 28(a)(1)(A), Petitioner National

Foam states that the below parties have appeared before this Court in this matter:

Petitioner National Foam, Inc.

Respondent U.S. Environmental Protection Agency

As of this filing, no intervenors or amici curiae have appeared in this matter.


Dated: April 12, 2022                              /s/Bernadette Rappold
                                                   Bernadette M. Rappold

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served today by electronic means through the Court's CM/ECF system on all registered counsel.

April 12, 2022                                  <u>/s/Bernadette Rappold</u>
                                                      Bernadette M. Rappold